# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Babero, Laurel E. | 2. Court or Organization<br><br>United States Bankruptcy Court, District of Nevada | 3. Date of Report<br><br>10/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Platypus Trust DTD 01-22-16 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank #1 | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank #2 (Y) | | | | | | | | | |
| 3. Trust - LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 4. -Insured Cash Account Morgan Stanley Bank N.A. | | None | J | T | | | | | |
| 5. -JPMorgan California Municipal Money Market Fund | A | Dividend | K | T | | | | | |
| 6. -First Trust North American Energy Infrastructure ETF EMLP | | None | | | Sold | 02/23/17 | K | B | |
| 7. -Pimco Dynamic Credit & Mortgage Income Fund PCI | B | Dividend | | | Sold | 03/28/17 | K | B | |
| 8. | | | | | Buy | 07/14/17 | K | | |
| 9. | | | | | Sold | 11/30/17 | K | | |
| 10. -ETF Ser Solutions US Global Jets ETF JETS | | None | | | Sold | 03/20/17 | K | C | |
| 11. -Pimco Low Duration Income Cl P PFTPX (see Part VIII) | A | Dividend | | | Sold | 02/28/17 | K | A | |
| 12. | | | | | Buy | 03/20/17 | K | | |
| 13. | | | | | Sold | 04/21/17 | K | A | |
| 14. -Wisdomtree Japan Hedged Financials Fund ETF DXJF | | None | | | Sold (part) | 01/17/17 | J | B | |
| 15. | | | | | Sold | 01/19/17 | K | A | |
| 16. -Oppenheimer Senior Floating Rate Cl Y OOSYX | A | Dividend | | | Sold | 01/12/17 | K | A | |
| 17. | | | | | Buy | 03/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 04/25/17 | K | | |
| 19.  -Powershares S&P Small Cap Materials ETF PSCM | | None | | | Sold | 01/19/17 | K | | |
| 20.  -SPDR S&P Regional Banking ETF KRE | A | Dividend | | | Sold | 03/20/17 | K | A | |
| 21.  -First Trust Nasdaq ABA Community Bank ETF QABA | | None | | | Sold | 01/19/17 | K | | |
| 22. | | | | | Buy | 11/30/17 | K | | |
| 23. | | | | | Sold | 12/06/17 | K | | |
| 24.  -Powershares S&P Small Cap Energy Energy ETF PSCE | | None | | | Sold | 01/19/17 | K | | |
| 25.  -Oppenheimer Senior Floating Rate Plus Cl Y OSFYX | A | Dividend | | | Buy | 01/12/17 | K | | |
| 26. | | | | | Sold | 02/28/17 | K | A | |
| 27.  -Global X Social Media Index ETF SOCL | | None | | | Buy | 01/27/17 | K | | |
| 28. | | | | | Sold | 03/24/17 | K | B | |
| 29.  -Global X Lithium & Battery Tech ETF LIT | | None | | | Buy | 01/27/17 | K | | |
| 30. | | | | | Sold | 02/28/17 | K | | |
| 31. | | | | | Buy | 07/14/17 | J | | |
| 32. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 33. | | | | | Sold | 12/06/17 | K | C | |
| 34.  -Ishares MSCI Frontier 100 ETF FM | | None | | | Buy | 02/03/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 02/28/17 | K | | |
| 36. -Ishares US Medical Devices ETF IHI | A | Dividend | | | Buy | 02/23/17 | K | | |
| 37. | | | | | Sold | 03/24/17 | K | A | |
| 38. -Global X Robotics & Artificial Intelligence Thematic ETF BOTZ | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 39. | | | | | Sold | 03/24/17 | K | A | |
| 40. | | | | | Buy | 08/29/17 | K | | |
| 41. -Oppenheimer Global High Yield Cl Y OGYYX | A | Dividend | | | Buy | 02/28/17 | K | | |
| 42. | | | | | Sold | 03/20/17 | K | | |
| 43. | | | | | Buy | 04/25/17 | K | | |
| 44. | | | | | Sold (part) | 07/14/17 | K | | |
| 45. | | | | | Sold | 07/18/17 | K | A | |
| 46. -Pimco High Yield Spectrum Cl P PHSPX | A | Dividend | | | Buy | 02/28/17 | K | | |
| 47. | | | | | Sold | 03/20/17 | K | | |
| 48. -SPDR S&P Aerospace & Defense ETF XAR | A | Dividend | | | Buy | 02/28/17 | K | | |
| 49. | | | | | Sold | 03/22/17 | K | | |
| 50. -ALPS Medical Breakthroughs ETF SBIO | | None | | | Buy | 03/20/17 | K | | |
| 51. | | | | | Sold | 03/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 07/14/17 | J | | |
| 53. | | | | | Sold | 09/26/17 | K | A | |
| 54. -Rydex Guggenheim S&P 500 Equal Weight Technology ETF RYT | | None | | | Buy | 03/20/17 | K | | |
| 55. | | | | | Sold | 03/24/17 | K | | |
| 56. -Western Asset Core Plus Bond Cl I WACPX | A | Dividend | | | Buy | 03/28/17 | K | | |
| 57. | | | | | Buy (add'l) | 04/05/17 | K | | |
| 58. | | | | | Sold | 05/04/17 | K | A | |
| 59. -Pimco Income Cl P PONPX | A | Dividend | K | T | Buy | 04/05/17 | K | | |
| 60. | | | | | Sold (part) | 04/25/17 | K | A | |
| 61. | | | | | Sold | 04/26/17 | K | A | |
| 62. | | | | | Buy | 07/18/17 | K | | |
| 63. | | | | | Sold (part) | 07/27/17 | J | A | |
| 64. | | | | | Sold | 08/07/17 | K | A | |
| 65. | | | | | Buy | 11/30/17 | K | | |
| 66. -Pimco Diversified Income Cl P PDVPX | A | Dividend | | | Buy | 04/21/17 | K | | |
| 67. | | | | | Sold (part) | 07/14/17 | J | A | |
| 68. | | | | | Sold | 07/18/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pimco Emerging Loal Bond Cl P PELPX | B | Dividend | | | Buy | 04/25/17 | K | | |
| 70. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 71. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 72. | | | | | Sold (part) | 10/17/17 | J | A | |
| 73. | | | | | Sold | 11/30/17 | K | | |
| 74. -Pimco Foreign Bond Unhedged Cl P PFUPX | A | Dividend | K | T | Buy | 04/26/17 | K | | |
| 75. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 76. | | | | | Sold (part) | 10/17/17 | J | A | |
| 77. -Western Asset Macro Opptys Cl I LAOIX | B | Dividend | K | T | Buy | 05/04/17 | K | | |
| 78. | | | | | Sold (part) | 07/14/17 | J | A | |
| 79. | | | | | Sold (part) | 11/30/17 | J | A | |
| 80. -First Trust Dow Jones Internet Index ETF FDN | | None | | | Buy | 07/14/17 | K | | |
| 81. | | | | | Sold | 08/29/17 | K | | |
| 82. -Oppenheimer Intl Bond Cl Y OIBYX | A | Dividend | K | T | Buy | 07/14/17 | K | | |
| 83. | | | | | Buy (add'l) | 07/27/17 | K | | |
| 84. | | | | | Sold (part) | 08/29/17 | K | A | |
| 85. -Powershares Golden Dragon China ETF PGJ | A | Dividend | | | Buy | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 87. | | | | | Sold | 11/30/17 | K | A | |
| 88. -Oppenheimer Emerging Markets Local Debt Cl Y OEMYX | A | Dividend | | | Buy | 07/18/17 | K | | |
| 89. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 90. | | | | | Sold | 11/30/17 | K | | |
| 91. -iShares MSCI Europe Financials ETF EUFN | | None | | | Buy | 08/07/17 | K | | |
| 92. | | | | | Sold | 08/29/17 | K | | |
| 93. -Exchange EMQQ Emerging Markets Internet & Ecommerce ETF EMQQ | A | Dividend | K | T | Buy | 08/29/17 | K | | |
| 94. -iShares US Home Construction ETF ITB | A | Dividend | K | T | Buy | 10/17/17 | K | | |
| 95. -iShares US Broker-Dealers & Securities Exchanges ETF IAI | A | Dividend | K | T | Buy | 11/30/17 | K | | |
| 96. -SPDR Series Trust S&P Retail ETF XRT | A | Dividend | K | T | Buy | 11/30/17 | K | | |
| 97. LPL Financial Retirement Account (H) | | | | | | | | | |
| 98. -Cash (Y) | | | | | | | | | |
| 99. -US Bank N.A. Deposit Cash Account | A | Interest | M | T | | | | | |
| 100. -First Trust North American Energy Infrastructure ETF EMLP | | None | | | Sold | 02/23/17 | L | C | |
| 101. -Pimco Dynamic Credit & Mortgage Income Fund PCI | C | Dividend | | | Sold | 03/28/17 | M | D | |
| 102. -Oppenheimer Senior Floating Rate Cl Y OOSYX | C | Dividend | | | Sold | 01/12/17 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 03/20/17 | M | | |
| 104. | | | | | Sold (part) | 04/25/17 | L | | |
| 105. | | | | | Sold (part) | 07/14/17 | K | | |
| 106. | | | | | Sold | 08/07/17 | K | | |
| 107. -Pimco Low Duration Income Cl P PFTPX (see Part VIII) | B | Dividend | | | Sold | 02/28/17 | L | B | |
| 108. | | | | | Buy | 03/20/17 | M | | |
| 109. | | | | | Sold | 04/21/17 | M | A | |
| 110. -Ishares U S Broker-Dealers & Securities Exchanges ETF IAI | A | Dividend | | | Sold | 03/22/17 | M | | |
| 111. | | | | | Buy | 07/14/17 | L | | |
| 112. | | | | | Sold | 08/29/17 | L | | |
| 113. -Ishares U S Broker-Dealers & Securities Exchanges ETF IAI | A | Dividend | L | T | Buy | 11/30/17 | L | | |
| 114. -Powershares S&P Small Cap Materials ETF PSCM | | None | | | Sold | 01/19/17 | M | | |
| 115. -SPDR S&P Regional Banking ETF KRE | | None | | | Sold | 01/19/17 | M | | |
| 116. -First Trust Nasdaq ABA Community Bank ETF QABA | | None | | | Sold | 01/19/17 | L | | |
| 117. -First Trust RBA American Indl Renaissance ETF AIRR | | None | | | Buy (add'l) | 01/12/17 | J | | |
| 118. | | | | | Sold | 01/19/17 | L | | |
| 119. -Powershares S&P Small Cap Energy ETF PSCE | | None | | | Sold (part) | 01/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 02/01/17 | L | | |
| 121.  -Oppenheimer Senior Floating Rate Plus Cl Y OSFYX | B | Dividend | | | Buy | 01/12/17 | M | | |
| 122. | | | | | Sold | 02/28/17 | M | A | |
| 123.  -Global X Social Media Index ETF SOCL | | None | L | T | Buy | 01/27/17 | L | | |
| 124. | | | | | Sold | 03/24/17 | L | C | |
| 125. | | | | | Buy | 07/14/17 | L | | |
| 126.  -Global X Lithium New ETF LIT | | None | | | Buy | 01/27/17 | L | | |
| 127. | | | | | Sold | 02/28/17 | L | | |
| 128. | | | | | Buy | 08/29/17 | L | | |
| 129. | | | | | Sold | 12/06/17 | L | D | |
| 130.  -Powershares MSCI Frontier100 ETF FM | | None | | | Buy | 02/01/17 | L | | |
| 131. | | | | | Sold | 02/28/17 | L | | |
| 132.  -ETF Managers Purefunds ISE Cyber Sec ETF HACK | | None | | | Buy | 02/03/17 | L | | |
| 133. | | | | | Sold | 03/09/17 | L | | |
| 134.  -First Trust Dow Jones Internet Index ETF FDN | | None | | | Buy | 02/03/17 | L | | |
| 135. | | | | | Sold | 03/23/17 | L | B | |
| 136.  -Ishares US Medical Devices ETF IHI | A | Dividend | | | Buy | 02/23/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 03/24/17 | L | B | |
| 138. | | | | | Buy | 07/14/17 | L | | |
| 139. | | | | | Sold | 07/27/17 | L | | |
| 140. -Global X Robotics & Artifical Intelligence Thematic ETF BOTZ | | None | L | T | Buy | 02/28/17 | L | | |
| 141. | | | | | Sold | 03/24/17 | L | C | |
| 142. | | | | | Buy | 07/27/17 | K | | |
| 143. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 144. -Oppenheimer Global High Yield Cl Y OGYYX | B | Dividend | | | Buy | 02/28/17 | M | | |
| 145. | | | | | Sold | 03/20/17 | M | | |
| 146. | | | | | Buy | 04/25/17 | L | | |
| 147. | | | | | Sold (part) | 07/14/17 | K | | |
| 148. | | | | | Sold | 07/18/17 | K | A | |
| 149. | | | | | Buy | 10/17/17 | K | | |
| 150. | | | | | Sold | 11/30/17 | K | | |
| 151. -Pimco High Yield Spectrum Cl P PHSPX | A | Dividend | | | Buy | 02/28/17 | L | | |
| 152. | | | | | Sold | 03/20/17 | L | | |
| 153. -SPDR S&P Aerospace & Defense EFT XAR | A | Dividend | | | Buy | 02/28/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/20/17 | L | | |
| 155.  -ALPS Medical Breakthroughs ETF SBIO | | None | | | Buy | 03/09/17 | L | | |
| 156. | | | | | Sold | 03/22/17 | L | | |
| 157.  -Western Asset Core Plus Bond Cl I WACPX | A | Dividend | | | Buy | 03/28/17 | M | | |
| 158. | | | | | Buy (add'l) | 04/05/17 | K | | |
| 159. | | | | | Sold | 05/04/17 | M | A | |
| 160.  -Pimco Income Cl P PONPX | C | Dividend | L | T | Buy | 04/05/17 | M | | |
| 161. | | | | | Sold (part) | 04/25/17 | L | A | |
| 162. | | | | | Buy (add'l) | 07/14/17 | L | | |
| 163. | | | | | Sold (part) | 07/27/17 | K | A | |
| 164. | | | | | Sold (part) | 08/07/17 | K | A | |
| 165. | | | | | Sold (part) | 08/29/17 | K | A | |
| 166. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 167.  -Pimco Diversified Income Cl P PDVPX | C | Dividend | L | T | Buy | 04/21/17 | M | | |
| 168. | | | | | Sold (part) | 07/14/17 | L | A | |
| 169.  -Pimco Emerging Local Bond Cl P PELPX | C | Dividend | L | T | Buy | 04/25/17 | L | | |
| 170. | | | | | Buy (add'l) | 07/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 172. | | | | | Sold (part) | 10/17/17 | L | B | |
| 173. -Western Asset Macro Opptys Cl I LAOIX | D | Dividend | M | T | Buy | 05/04/17 | M | | |
| 174. | | | | | Sold (part) | 08/29/17 | J | A | |
| 175. -EMQQ Emerging Markets Internet & Ecommerce ETF EMQQ | A | Dividend | L | T | Buy | 07/14/17 | K | | |
| 176. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 177. -Oppenheimer Emerging Markets Local Debt Cl Y OEMYX | B | Dividend | | | Buy | 07/14/17 | K | | |
| 178. | | | | | Buy (add'l) | 07/27/17 | L | | |
| 179. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 180. | | | | | Sold (part) | 10/17/17 | K | A | |
| 181. | | | | | Sold | 11/30/17 | L | | |
| 182. -Pimco Income Strategy Fund PFL | C | Dividend | | | Buy | 07/14/17 | L | | |
| 183. | | | | | Sold | 11/30/17 | L | | |
| 184. -Oppeneheimer Steelpath MLP Income CL Y MLPZX | A | Dividend | | | Buy | 07/14/17 | K | | |
| 185. | | | | | Sold | 08/07/17 | K | | |
| 186. -Oppenheimer Intl Bond Cl Y OIBYX | B | Dividend | M | T | Buy | 07/18/17 | K | | |
| 187. | | | | | Buy (add'l) | 07/27/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 08/29/17 | K | A | |
| 189. | | | | | Buy (add'l) | 11/30/17 | K | | |
| 190. -Ishares U S Medical Financials ETF EUFN | | None | | | Buy | 07/27/17 | K | | |
| 191. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 192. | | | | | Sold | 08/29/17 | L | | |
| 193. -ETF Managers ETFMG Drone Economy Strategy ETF IFLY | A | Dividend | | | Buy | 08/29/17 | L | | |
| 194. | | | | | Sold | 10/17/17 | L | C | |
| 195. -Vaneck Vectors Gold Miners ETF GDX | | None | | | Buy | 08/29/17 | K | | |
| 196. | | | | | Sold | 11/02/17 | K | | |
| 197. -ETF SER Solutions U S Global Jets ETF JETS | | None | | | Buy | 10/17/17 | L | | |
| 198. | | | | | Sold | 10/27/17 | L | | |
| 199. -Powershares Dynamic Semiconductors ETF PSI | | None | | | Buy | 10/27/17 | L | | |
| 200. | | | | | Sold | 11/30/17 | L | | |
| 201. -Ishares PHLX Semiconductor ETF SOXX | | None | | | Buy | 11/02/17 | K | | |
| 202. | | | | | Sold | 12/06/17 | K | | |
| 203. -Ishares US Home Construction ETF ITB | A | Dividend | L | T | Buy | 11/30/17 | L | | |
| 204. -Oppenheimer Global Opptys Cl Y OGIYX | B | Dividend | L | T | Buy | 11/30/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Babero, Laurel E. | 10/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 11-13 and 107-109: The name of the security changed from Pimco Floating Rate Income Cl P (as reported on the 2016 report) to Pimco Low Duration Income Cl P.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel E. Babero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544